**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joey Scott Ziegler                 CHAPTER 13

                                           BKY. NO. 19-16850 ELF

                Debtor

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

                                           Respectfully submitted,
                                           **/s/ Kevin G. McDonald Esquire**
                                             Kevin G. McDonald, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322