| Statement of Earnings For: | Joey S Ziegler | | | | | Boyertown Area Multi-Service Inc. |
|---|---|---|---|---|---|---|
| Employee #: 032 | Department | | Period Begin: 7/20/2019 | | Check Date: 8/9/2019 | 200 West Spring Street |
| Clock Number: | | | Period End: 8/2/2019 | | Pay Type: Hourly | Boyertown, PA 19512-0000 |
| SSN: XXX-XX-8119 | Federal Filing: Single | | Exemptions: 0 | | Additional Tax: | |
| Company Id: P0150 | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V617122 | $0.00 | $700.15 | $536.66 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 12.7300 | 55.00 | 700.15 | 782.00 | 9,947.44 | SOC SEC EE | 43.41 | 645.67 | 403(b) Roth | 20.00 | 320.00 |
| Holiday | | 0.00 | 0.00 | 37.00 | 466.57 | MED EE | 10.15 | 151.00 | | | |
| | | | | | | FEDERAL WH | 59.02 | 849.88 | | | |
| | | | | | | PENNSYLVANIA | 21.49 | 319.71 | | | |
| | | | | | | BOYERTOWN | 7.00 | 104.14 | | | |
| | | | | | | PENNSYLVANIA | 0.42 | 6.25 | | | |
| | | | | | | BOYERTOWN LST | 2.00 | 32.00 | | | |
| Total: | | 55.00 | 700.15 | 819.00 | 10,414.01 | Total: | 143.49 | 2,108.65 | Total: | 20.00 | 320.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####8266 | Deposit Amount: 536.66 |

Boyertown Area Multi-Service Inc.
200 West Spring Street
Boyertown, PA 19512-0000

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/9/2019 | V617122 |

| TOTAL NET PAY |
|---|
| ********$536.66 |

032
**Joey S Ziegler**
1019 Weisstown P.O. Box 156
COLEBROOKDALE TOWNSHIP, PA 19545

**NOT NEGOTIABLE**

| Statement of Earnings For: | Joey S Ziegler | | | | | | Boyertown Area Multi-Service Inc. |
|---|---|---|---|---|---|---|---|
| Employee #: | 032 | Department | | Period Begin: | 8/3/2019 | Check Date: 8/23/2019 | 200 West Spring Street |
| Clock Number: | | | | Period End: | 8/16/2019 | Pay Type: Hourly | Boyertown, PA 19512-0000 |
| SSN: | XXX-XX-8119 | Federal Filing: | Single | Exemptions: | 0 | Additional Tax: | |
| Company Id: | P0150 | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V626286 | $0.00 | $922.92 | $706.46 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 12.7300 | 72.50 | 922.92 | 854.50 | 10,870.36 | SOC SEC EE | 57.22 | 702.89 | 403(b) Roth | 20.00 | 340.00 |
| Holiday | | 0.00 | 0.00 | 37.00 | 466.57 | MED EE | 13.39 | 164.39 | | | |
| | | | | | | FEDERAL WH | 85.75 | 935.63 | | | |
| | | | | | | PENNSYLVANIA | 28.33 | 348.04 | | | |
| | | | | | | BOYERTOWN | 9.22 | 113.36 | | | |
| | | | | | | PENNSYLVANIA | 0.55 | 6.80 | | | |
| | | | | | | BOYERTOWN LST | 2.00 | 34.00 | | | |
| Total: | | 72.50 | 922.92 | 891.50 | 11,336.93 | Total: | 196.46 | 2,305.11 | Total: | 20.00 | 340.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####8266 | Deposit Amount: 706.46 |

Boyertown Area Multi-Service Inc.
200 West Spring Street
Boyertown, PA 19512-0000

| CHECK DATE | VOUCHER ID |
|---|---|
| 8/23/2019 | V626286 |

| TOTAL NET PAY |
|---|
| ********$706.46 |

032
**Joey S Ziegler**
1019 Weisstown P.O. Box 156
COLEBROOKDALE TOWNSHIP, PA 19545

**NOT NEGOTIABLE**

| Statement of Earnings For: | Joey S Ziegler | | | Period Begin: 8/17/2019 | Check Date: 9/6/2019 | Boyertown Area Multi-Service Inc. |
|---|---|---|---|---|---|---|
| Employee #: 032 | | Department | | Period End: 8/30/2019 | Pay Type: Hourly | 200 West Spring Street |
| Clock Number: | | | | Exemptions: 0 | Additional Tax: | Boyertown, PA 19512-0000 |
| SSN: XXX-XX-8119 | | Federal Filing: Single | | Exemptions: | Additional Tax: | |
| Company Id: P0150 | | State Filing: | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V635818 | $0.00 | $992.94 | $759.84 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 12.7300 | 73.00 | 929.29 | 927.50 | 11,799.65 | SOC SEC EE | 61.56 | 764.45 | 403(b) Roth | 20.00 | 360.00 |
| Vacation | 12.7300 | 5.00 | 63.65 | 5.00 | 63.65 | MED EE | 14.39 | 178.78 | | | |
| Holiday | | 0.00 | 0.00 | 37.00 | 466.57 | FEDERAL WH | 94.15 | 1,029.78 | | | |
| | | | | | | PENNSYLVANIA | 30.48 | 378.52 | | | |
| | | | | | | BOYERTOWN | 9.92 | 123.28 | | | |
| | | | | | | PENNSYLVANIA | 0.60 | 7.40 | | | |
| | | | | | | BOYERTOWN LST | 2.00 | 36.00 | | | |
| Total: | | 78.00 | 992.94 | 969.50 | 12,329.87 | Total: | 213.10 | 2,518.21 | Total: | 20.00 | 360.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | Checking    Account: ####8266    Deposit Amount: 759.84 |

Boyertown Area Multi-Service Inc.
200 West Spring Street
Boyertown, PA 19512-0000

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/6/2019 | V635818 |

| TOTAL NET PAY |
|---|
| ********$759.84 |

032
**Joey S Ziegler**
1019 Weisstown P.O. Box 156
COLEBROOKDALE TOWNSHIP, PA 19545

**NOT NEGOTIABLE**