# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Joey Scott Ziegler, | : | Chapter 13 |
| Debtor | : | Case No.: 19-16850-elf |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed January 6, 2020 was forwarded to the following parties, as follows:

*Via First Class USPS Mail on January 6, 2020:*

Brian Romaniello, Members Sol. Asst. Man.
American Heritage Federal Credit Union
3110 Grant Avenue
Philadelphia, PA 19114

*Via Electronic Filing (ECF) on January 6, 2020:*

Kevin G. McDonald, Esquire on behalf of Toyota Lease Trust
bkgroup@kmllawgroup.com

Rebecca Ann Solarz, Esquire on behalf of Toyota Lease Trust
bkgroup@kmllawgroup.com

Scott F. Waterman, Esquire, Chapter 13 Trustee
ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                                **ROSS, QUINN & PLOPPERT, P.C.**

By:   */s/ Joseph Quinn*
       Joseph Quinn, Esquire
       192 S. Hanover Street, Suite 101
       Pottstown, PA 19464
       T: 610.323.5300
       F: 610.323.6081
       jquinn@rqplaw.com
Date: January 6, 2020       Counsel for Debtor

1