# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joey Scott Ziegler<br>        Debtor(s)<br><br>Toyota Lease Trust, its successors and/or assigns<br>        Movant<br>   vs.<br><br>Joey Scott Ziegler<br>        Debtor(s)<br><br>Scott Waterman<br>        Trustee | CHAPTER 13<br><br><br><br><br>NO. 19-16850 ELF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief of Toyota Lease Trust, which was filed with the Court on or about **December 13, 2019: Document #15**.

                                          Respectfully submitted,

                                          **/s/ Rebecca A. Solarz, Esquire**
                                          Rebecca A. Solarz, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          412-430-3594

January 27, 2020