UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Joey Scott Ziegler<br>    Joey Scott Ziegler<br><br>                  Debtors | Chapter 13<br>Bankruptcy No.19-16850-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 3rd day of April, 2020, by first class mail upon those listed below:

Joey Scott Ziegler
1019 Weisstown Road
New Berlinville, PA  19545

Joey Scott Ziegler
MAILING ADDRESS:
P.O. Box 156
New Berlinville, PA  19545

**Electronically via CM/ECF System Only:**

JOSEPH L QUINN ESQ
ROSS QUINN & PLOPPERT PC
192 S HANOVER STREET, SUITE 101
POTTSTOWN, PA  19464

                                                */s/ Deborah A. Earnshaw*
                                                Deborah A. Earnshaw
                                                for
                                                Scott F. Waterman, Esquire
                                                Standing Chapter 13 Trustee