Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-16850-PMM**

Joey Scott Ziegler
Joey Scott Ziegler
1019 Weisstown Road
New Berlinville  PA     19545

Petition Filed Date: 10/31/2019
341 Hearing Date: 01/07/2020
Confirmation Date: 04/23/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/09/2019 | $300.00 | | 01/07/2020 | $300.00 | | 02/06/2020 | $300.00 | |
| 03/09/2020 | $300.00 | | 04/06/2020 | $300.00 | | 05/07/2020 | $300.00 | |
| 06/11/2020 | $300.00 | | 07/07/2020 | $300.00 | | 08/06/2020 | $300.00 | |

**Total Receipts for the Period: $2,700.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,700.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,225.00 | $2,175.60 | $1,049.40 |
| 1 | TOYOTA MOTOR CREDIT CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | TRI COUNTY AREA FCU »» 002 | Unsecured Creditors | $524.19 | $0.00 | $524.19 |
| 3 | AMERICAN HERITAGE FEDERAL CREDIT UNION »» 003 | Secured Creditors | $7,782.26 | $0.00 | $7,782.26 |
| 4 | AMERICAN HERITAGE FEDERAL CREDIT UNION »» 004 | Unsecured Creditors | $8,063.90 | $0.00 | $8,063.90 |
| 5 | DIAMOND FEDERAL CREDIT UNION »» 005 | Unsecured Creditors | $1,658.34 | $0.00 | $1,658.34 |

**Chapter 13 Case No. 19-16850-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,700.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $2,175.60 | Arrearages: | $0.00 |
| Paid to Trustee: | $254.40 | Total Plan Base: | $12,600.00 |
| Funds on Hand: | $270.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.