Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-16850-PMM**

Joey Scott Ziegler  
Joey Scott Ziegler  
1019 Weisstown Road  
New Berlinville  PA    19545

Petition Filed Date: 10/31/2019  
341 Hearing Date: 01/07/2020  
Confirmation Date: 04/23/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $300.00 | | 02/06/2020 | $300.00 | | 03/09/2020 | $300.00 | |
| 04/06/2020 | $300.00 | | 05/07/2020 | $300.00 | | 06/11/2020 | $300.00 | |
| 07/07/2020 | $300.00 | | 08/06/2020 | $300.00 | | 09/08/2020 | $300.00 | |
| 09/28/2020 | $400.00 | | 10/07/2020 | $300.00 | | 10/19/2020 | $200.00 | |
| 11/06/2020 | $300.00 | | 12/07/2020 | $300.00 | | 01/07/2021 | $300.00 | |
| 02/02/2021 | $300.00 | | 02/09/2021 | $300.00 | | 03/08/2021 | $300.00 | |
| 04/06/2021 | $300.00 | | 05/07/2021 | $300.00 | | 06/08/2021 | $300.00 | |

**Total Receipts for the Period: $6,300.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,225.00 | $3,225.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | TRI COUNTY AREA FCU<br>»»  002 | Unsecured Creditors | $524.19 | $0.00 | $524.19 |
| 3 | AMERICAN HERITAGE CREDIT UNION<br>»»  003 | Secured Creditors | $7,782.26 | $2,538.60 | $5,243.66 |
| 4 | AMERICAN HERITAGE FEDERAL CREDIT UNION<br>»»  004 | Unsecured Creditors | $8,063.90 | $0.00 | $8,063.90 |
| 5 | DIAMOND FEDERAL CREDIT UNION<br>»»  005 | Unsecured Creditors | $1,658.34 | $0.00 | $1,658.34 |

**Chapter 13 Case No. 19-16850-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,600.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $5,763.60 | Arrearages: | ($900.00) |
| Paid to Trustee: | $566.40 | Total Plan Base: | $12,600.00 |
| Funds on Hand: | $270.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.