| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-16850-PMM**

Joey Scott Ziegler
Joey Scott Ziegler
1019 Weisstown Road
New Berlinville  PA    19545

Petition Filed Date: 10/31/2019
341 Hearing Date: 01/07/2020
Confirmation Date: 04/23/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2021 | $300.00 | | 05/07/2021 | $300.00 | | 06/08/2021 | $300.00 | |
| 07/08/2021 | $300.00 | | 07/29/2021 | $600.00 | | 08/06/2021 | $300.00 | |
| 09/07/2021 | $300.00 | | 10/07/2021 | $300.00 | | 11/08/2021 | $300.00 | |
| 12/07/2021 | $300.00 | | 01/06/2022 | $300.00 | | 02/07/2022 | $300.00 | |
| 03/07/2022 | $300.00 | | 04/06/2022 | $300.00 | | 05/09/2022 | $300.00 | |
| 06/07/2022 | $300.00 | | 07/12/2022 | $300.00 | | | | |

**Total Receipts for the Period:  $5,400.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $11,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,225.00 | $3,225.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | TRI COUNTY AREA FCU<br>»»  002 | Unsecured Creditors | $524.19 | $0.00 | $524.19 |
| 3 | AMERICAN HERITAGE CREDIT UNION<br>»»  003 | Secured Creditors | $7,782.26 | $6,918.60 | $863.66 |
| 4 | AMERICAN HERITAGE FEDERAL CREDIT UNION<br>»»  004 | Unsecured Creditors | $8,063.90 | $0.00 | $8,063.90 |
| 5 | DIAMOND FEDERAL CREDIT UNION<br>»»  005 | Unsecured Creditors | $1,658.34 | $0.00 | $1,658.34 |

**Chapter 13 Case No. 19-16850-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,100.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $10,143.60 | Arrearages: | ($1,200.00) |
| Paid to Trustee: | $956.40 | Total Plan Base: | $12,600.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.