United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-16850-pmm
Joey Scott Ziegler  Chapter 13
Joey Scott Ziegler
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 2
Date Rcvd: Dec 20, 2022  Form ID: 138OBJ  Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joey Scott Ziegler, MAILING ADDRESS:, P.O. Box 156, New Berlinville, PA 19545-0156 |
| db | | Joey Scott Ziegler, 1019 Weisstown Road, New Berlinville, PA 19545 |
| 14414625 | + | American Heritage Federal Credit Union, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14458511 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14414630 | + | Tri County Area Federal Credit Union, 1550 Medical Dr, Pottstown, PA 19464-3225 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 21 2022 00:08:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 21 2022 00:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14414626 | | Email/Text: bankruptcy@diamondcu.com | Dec 21 2022 00:08:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464 |
| 14414627 | + | Email/Text: bankruptcynotices@dcicollect.com | Dec 21 2022 00:08:00 | Diversified Consultant, P O Box 551268, Jacksonville, FL 32255-1268 |
| 14414628 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 21 2022 00:08:00 | Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054 |
| 14428388 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 21 2022 00:08:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14414629 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit, 4 Gatehall Drive, Parsippany, NJ 07054 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 20, 2022 | Form ID: 138OBJ | Total Noticed: 11 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

JOSEPH L QUINN
on behalf of Debtor Joey Scott Ziegler CourtNotices@rqplaw.com

KEVIN G. MCDONALD
on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Joey Scott Ziegler and Joey Scott
Ziegler

        Debtor(s)

Case No: 19−16850−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/20/22

41 − 39
Form 138OBJ